## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    :        CHAPTER 13
Silvia Y. Yovtcheva

     DEBTOR              :        BKY. NO.  17-17779AMC7

## MOTION TO WITHDRAW AS COUNSEL

1. Debtor filed for protection under Chapter 7 on November 15, 2017.

2. Debtor was Discharged May 24, 2018

3. Debtor has filed many Pro Se pleadings concerning the administration, distribution and claims in her Chapter 7 case.

4. Debtor has formally requested that we withdraw as counsel.

WHEREFORE, Debtor prays that this Honorable Court enter an order permitting Cibik & Cataldo, PC to withdraw as counsel.

                                                      Respectfully submitted,

Date: May 2, 2019                                 _____S/_____
                                                     MICHAEL A. CATALDO, ESQUIRE
                                                     CIBIK & CATALDO, P.C.
                                                     1500 Walnut Street, Ste. 900
                                                     Philadelphia, PA  19102